No. 73–1226. SINCLAIR v. BOUGHTON, AKA SINCLAIR. C. A. 6th Cir.. Certiorari denied.

No. 73–1228. HANSEN v. AHLGRIMM ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–1235. AMERICAN INVESTORS ASSURANCE CO. ET AL. v. FIRST NATIONAL BANK OF ALBUQUERQUE ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–123b. MILLS v. SUPERIOR COURT OF ALAMEDA COUNTY ET AL.. Ct. App. Cal.; 1st App. Dist. Certiorari denied.

No. 73–1268. SKAAR ET UX. v. WISCONSIN DEPARTMENT OF REVENUE. Sup. Ct. Wis. Certiorari denied.

No. 73–1269. LOMBARDI v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–1278. TANG v. APPELLATE DIVISION OF NEW YORK SUPREME COURT, FIRST DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–1328. LAVALLEE, CORRECTIONAL SUPERINTENDEN v. MOSHER. C. A. 2d Cir. Certiorari denied.

No. 73–5681. DORAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–5728. EHRENBERG v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5832. THOMPSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.